UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA JONES,<br><br>               Plaintiff,<br><br>       -against-<br><br>EQUIFAX, INC., et al.<br><br>              Defendant. | Civil Action No. 11-9136<br>(CM) (KNF)<br>ECF Case<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56** |

      PLEASE TAKE NOTICE that upon the annexed Declaration of Joseph A. Strazzeri, dated May 9, 2013, and the exhibits attached thereto; the annexed Declaration of Jason Scott, dated May 8, 2013; the Statement of Material Facts Pursuant to Local Rule 56.1; and for the reasons set forth in the accompanying Memorandum of Law, dated May 9, 2013, Defendant Experian Information Solutions, Inc. shall move this Court, before the Honorable Colleen McMahon at Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to Defendant Experian Information Solutions, Inc. and dismissing Plaintiff's Amended Complaint in its entirety, and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
          May 9, 2013

JONES DAY

By:   /s/ Joseph A. Strazzeri
      Joseph A. Strazzeri (JS8414)
222 East 41st Street
New York, New York 10017
(212) 326-3939

Attorneys for Defendant
Experian Information Solutions, Inc.