**EXHIBIT D**
**Administrative Report (EXP1177-97)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**