**EXHIBIT E**
**Consumer File Disclosure, dated October 2, 2007 (EXP1052-75)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**