**EXHIBIT F**
**Disclosure and D/R Log Reports (EXP1150-76)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**