**EXHIBIT G**
Automated Consumer Dispute Verification (ACDV)
Response from Central Financial Control (EXP18-19)

**FILED UNDER SEAL PURSUANT TO
STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**