**EXHIBIT H**
Consumer File Disclosure, dated June 18, 2004 (EXP502-21)

**FILED UNDER SEAL PURSUANT TO
STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**