**Exhibit I**

September 24, 2007

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

*TransUnion Consumer Solutions*
P.O. Box 2000
Chester, PA 19022-2000

Experian
PO Box 9532
Allen, TX 75013

**Subject: Identity Theft Victim Dispute/FCRA Violation by Verizon (Account #718-992….)**

To Whom It May Concern:

Please be advised that Verizon is reporting the above referenced account as "closed" on my
credit reports. This false information must be removed from my credit report immediately. I
only have one account with Verizon and it is open. Any response that states the account has
been "verified" is incorrect.

Attached is the redacted bill due October 1, 2007 that proves this account is still open, so there is
no need for a prolonged "investigation". Verizon has been notified of the same via an FCC
complaint and will also receive a dispute from you as a direct result of this letter. Please
forward my updated credit report to the address of record as first indicated below.

Signed:

Keisha Jones (SSN: ███5746; DOB: ███70)
PO Box 634
Bronx, NY 10451-0634

My Account                                                                                          Page 1 of 1



My Cart | My Account | Customer Support | Directory | Sign

**verizon.com**      **Residential**      **Business**                                          Site Sea

My Account      View Bill   |   Pay Bill   |

# My Account

| **My Profile** | Edit my profile | **Billing Option** |
|---|---|---|
| KEISHA JONES | | Paper-Free Billing:   Not selected |
| Billing Telephone Number: | (718) 992- | |

**Bill Summary**

Previous Balance:

Payments Received Aug 15, 2007. Thank you.

Balance:

New Charges (as of 9/4/2007)

Verizon

Total (Past Due + New)

Amount Billed: (Total New Charges Due Oct 01,2007)

Current Balance: ①

Payment/Adjustment history    Pay  Bill    View  Bill

**My Services**

View your current services, add or change a service on your account

View My Services      Add/Change Service

**Order/Repair Status**

View Order Status

View Repair Status

**Preferences**

Manage User IDs

Display another Verizon pho
number on this page?

**Customer Service**

Warning Phishing Scam
Targets ⚠

Fraud and Security Alerts

Search Online Help

Get Customer Support

See Product Guides

Online Account Access

What is a Primary User ID?

What is a Secondary User ID

**For this Account ...**

Add Or Change Service

Add Verizon Freedom

Moving to My New Home

Change Billing Address

Additional Phone Line(s)

Display All

**Verizon Freedom
Packages**

Sprout some savings with
unlimited direct dialed
nationwide calling:
Learn more ▶

*See Attached letter dated 9/24/07*

Copyright 2007 Verizon | Privacy Policy | Site Map | Home                    MyAccount Website Sur





Experey
P.O. Box 9532
Allen, TX 75013

Jones
P.O.B 634
BX NY 10457-0634

750138532 B091

Experian
P.O. Box 9701
Allen, TX 75013

January 2011     Report #3364-0571-40

To Whom IT May Concern:

Please delete the current consumer statement
and replace with the following:

"I am a victim of I.D. theft, both
financial and medical. Be advised that
all questions should be directed to
me in writing by U.S. Mail only at
the address of record in NY (post office box)."

I am entitled to a consumer statement
and it should be added verbatim. The
outdated statement with a disconnected
phone number must be deleted and
replaced with the above upon receipt. No
delays or canned statements by your
company or I will take the appropriate
actions.

Keisha Jones
12/2/2010 Report #3364-0571-40

EXP-005



7501389701

EXP-006



November 18, 2011

Experian
P.O. Box 9701
Allen, TX 75013

Re: Report #0978-9795-90    Keisha Jones
Dated 11/10/2011         P.O. Box 634
MOV Request            Bx, NY/10451
FTC Complaint Filed

To Whom It May Concern:

Please be advised that I am requesting your
MOV (method of verification) procedure, (in)
writing. Fraud continues to be reported & I
believe my report has been illegally accessed
evidenced by recent account openings. I have
a permanent security freeze, per NY law, that
has NEVER been lifted.

Secondly there in no contact info on this report
except to purchase a credit score. Therefore, I
filed a complaint with the FTC today.

Keisha Jones



NEW YORK NY 100

19 NOV 2011 PM 12 L

USA
FIRST-CLASS
FOREVER

Experian
P.o. Box 9701
Allen, TX 75013

?Li.Ay 634
Cv, NY 10453

7501990101



© USPS 2009

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

December 12, 2011

Experian
NCAC
P.O. Box 9701
Allen, TX 75013

Subject: Report # 2593-3182-60 Keisha Jones
                                                                    P.O. Box b34
To Whom It May Concern:                                 Bx, NY 10451

I do not understand paragraph 2 on page 2 of the
report (can't honor my request?) Page 3 indicates
two pending disputes with projected completion
dates. My consumer statement on page 4 was not
added correctly (reference previous correspondence).

Further, why is the "victim alert" beginning 2-1-11?
Extended fraud alerts and security freezes were
added a few years ago. Lastly page 5 includes the
following fraudulent and/or inaccurate information:

Name ID #31465, #20225, #53982
Fraudulent address: 4358 Eden Ave Bx, NY 10466

Please permanently delete the above.  Keisha Jones



Expreund
NCAC
P.O. Box 9701
Allen, TX 75013

7501349701

P.O. Box 634
Bx, NY 10451

EXP-0012

December 20, 2011

Experian
Consumer Fraud Assistance
P.O. Box 9554
Allen, TX 75013

Re: Report # 0312-2131-75     Keisha Jones
Dated 12/4/2011              P.O. Box 634
                             Bx, NY 10451

To Whom It May Concern:

The following consumer statement replaces Experian's incoherent & non-compliant statement. My 100 word statement should be added verbatim upon receipt.

100
word
consumer
statement

"You are on notice that my credit reports contain false, inaccurate and fraudulent information. All correspondence must be sent to my only address of record at P.O. Box 634 Bx, NY 10451. Legal action will commence to correct the record." (END of statement)

Additionally, remove all addresses and phone numbers that are not indicated in the above statement.

Keisha Jones          12/20/2011



P.O. Box 634
Bx. NY 10451

NEW YORK NY 100.

31 DEC 2011 PM 1:T

USA
FIRST-CLASS
FOREVER

Experian Consumer Fraud Assistance
P.O. Box 9554
Allen, TX 75013

75013#9554

EXP-0014



© USPS 2009



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

EXP-0015