**EXHIBIT J**
**Consumer File Disclosure, dated March 3, 2011 (EXP98-119)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**