**EXHIBIT K**
**Automated Consumer Dispute Verification (ACDV)**
**Response from Central Financial Control (EXP23-24)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**