**EXHIBIT L**
Consumer File Disclosure, dated January 4, 2013 (Jones Dep. Ex. 13)

**FILED UNDER SEAL PURSUANT TO
STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**