**EXHIBIT M**
**Consumer File Disclosure, dated November 25, 2011 (EXP140-161)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**