**EXHIBIT N**
**Consumer Dispute Verification (CDV) Response from Comcast Cable (EXP22)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**