**EXHIBIT O**
**Consumer File Disclosure, dated December 9, 2011 (EXP162-81)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**