**Exhibit U**

# New York City Police Department

Omniform System - Complaints

| Report Cmd: 044 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, No Arrests | Complaint #: 2005-044-02143 |
|---|---|---|---|

**Occurrence Location:** INSIDE OF 1020 GRAND CONCOURSE APT: 24D
Name Of Premise:
Premises Type: STREET
Location Within Premise:
Visible By Patrol?: NO

Precinct: 044
Sector: G
Beat:
Post: 30

**Occurrence From:** 2005-02-09 16:00 WEDNESDAY
Occurrence thru:
Reported: 2005-02-17 13:00
Complaint Received: WALK-IN

Aided #
Accident #
O.C.C.B. #

**Classification:** IDENTITY THEFT, UNLA
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 718 FRAUD UNCLASSIFIED
Section: 19078
Keycode: 340 FRAUDS

**Case Status:** OPEN
Unit Referred To: P.D.U.
Clearance Code:
Log/Case #: 0
File #:
Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? YES | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|

| Gang Related? NO | Gang Intel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|
| DIR Required? NO | | Child in Common? | Intimate Relationship? |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Interpreter(if used): |
|---|---|---|

NARRATIVE:
AT T/P/O COMPLAINTANT STATED THAT AN UNKNOW PERSON IS USING HER NAME WITHOUT HER PERMISSION OR AUTHORITY. COMPLAINTANT ALSO STATED THAT UNKNOWN PERSON IS USING HER SOCIAL SECURITY NUMBER AND STATED THAT SHE HAS NEVER LOST THIS DOCUMENT. COMPLAINT SPOKE WITH 44 SQUAD, DET. GRAZIOSE.

**No NYC TRANSIT Data for Complaint # 2005-044-02143**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 1 | 0 |

| *VICTIM: # 1 of 1* | Name: JONES,KEISHA A | Complaint#: 2005-044-02143 |
|---|---|---|

Nick/AKA/Maiden:
UMOS:

Gang Affiliation: NO
Name:

DEPOSITION EXHIBIT
Jones 9
1/10/13
BILL VISCONTI

Sex/Type: FEMALE
Race: BLACK
Age: 34
Date Of Birth: 06/24/1970
Disabled? NO
Need Interpreter: NO
Language:
N.Y.C.H.A Resident? NO

Identifiers:

Will View Photo: NO
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 1020 GRAND CONCOURSE | BRONX | NEW YORK | 10451 | 24D |

Phone #: HOME: 718-537-3129

Action against Victim:

Actions Of Victim Prior To Incident:

Victim Of Similar Incident: NO

If Yes, When And Where

***REPORTER: # 1 of 1***

Name: JONES,KEISHA A

Complaint #: 2005-044-02143

Nick/AKA/Maiden:
Sex/Type: FEMALE
Race: BLACK
Age: 034
Date Of Birth: 06/24/1970
Need Interpreter: NO
Language:

Gang Affiliation: NO
Name:
Identifiers:

Relationship To Victim: NONE

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 1020 GRAND CONCOURSE | BRONX | NEW YORK | 10451 | 24D |

Phone #: HOME: 718-537-3129

## No IMEI Data for Complaint # 2005-044-02143

| Name | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: POM GABRIEL PAEZ | 935453 | 044 PCT | NYPD |
| Supervisor Approving Name: SGT KARA ERICKSON | 917584 | 044 PCT | NYPD |
| Complaint Report Entered By: POM REYES | 900598 | 044 PCT | NYPD |
| Signoff Supervisor Name: SGT PAGAN | 914153 | 044 PCT | NYPD |

# END OF COMPLAINT REPORT
# # 2005-044-02143

Print this Report