**EXHIBIT X**
**Consumer File Disclosure, dated February 20, 2011 (EXP272-299)**

**FILED UNDER SEAL PURSUANT TO**
**STIPULATED PROTECTIVE ORDER, DATED APRIL 2, 2013**