**Exhibit Y**



DEPOSITION EXHIBIT
Jones 1
1  1/10/13
BILL VISCONTI