UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

KEISHA JONES,                                            11 CV 9136 (CM) (KNF)

        Plaintiff,                               DECLARATION OF
                                                                         KEVIN MALLON
    -against-

EQUIFAX, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC
BILATERAL CREDIT CORP, LLC
HAHNEMANN UNIVERSTIY HOSPTIAL
COMCAST CABLE

        **Defendants**
-----------------------------------------------------------------x

    KEVIN MALLON, declares pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney licensed to practice before this court, and Partner of Fishman & Mallon, LLP, counsel for the plaintiff Keisha Jones in this Action.

2.    I make this affidavit in opposition to defendant Experian Information Solutions, Inc.'s respective motion for summary judgment.

3.    Attached as Exhibit A are relevant portions from the deposition transcript of plaintiff Keisha Jones.

4.    Attached as Exhibit B are relevant portions from the deposition transcript of Experian employee Jason Scott.

///

///

5. Attached as Exhibit C is a copy of plaintiff Experian consumer disclosure dated January 4, 2013.

I declare under the penalty of perjury that the foregoing to is true and accurate.


Dated: June 4, 2008

New York, NY

*Kevin Mallon*
_____
KEVIN MALLON