KEISHA JONES

| | | | |
|---|---|---|---|
| 2 | A. | Yes, I have occasionally. | 10:22:47 |
| 3 | Q. | Is that box still active? | 10:22:51 |
| 4 | A. | No. | 10:22:53 |
| 5 | Q. | When did you close the box? | 10:22:55 |
| 6 | A. | I believe I closed it in the fourth | 10:22:56 |
| 7 | | quarter of 2012.  I don't remember the date. | 10:22:58 |
| 8 | Q. | Why did you close that P.O. Box? | 10:23:02 |
| 9 | A. | Because I needed -- I wanted to | 10:23:04 |
| 10 | | transition to a post office that had better hours. | 10:23:07 |
| 11 | Q. | Any other reason? | 10:23:11 |
| 12 | A. | No. | 10:23:12 |
| 13 | Q. | What address was reflected on your | 10:23:20 |
| 14 | | driver's license prior to June, 2010? | 10:23:22 |
| 15 | A. | It was an old address.  915 East | 10:23:25 |
| 16 | | 178th Street. | 10:23:34 |
| 17 | | MR. KARAMOUZIS:  Can you repeat that? | 10:23:34 |
| 18 | | THE WITNESS:  915 East 178th Street. | 10:23:36 |
| 19 | Q. | Were you living there prior to | 10:23:39 |
| 20 | | June, 2010? | 10:23:42 |
| 21 | A. | No. | 10:23:43 |
| 22 | Q. | Why did that address appear on your | 10:23:43 |
| 23 | | license? | 10:23:46 |
| 24 | A. | I didn't change it.  It was -- I | 10:23:47 |
| 25 | | grew up in a family house, so I didn't change the | 10:23:49 |

|   |   |   |
|---|---|---|
| 1 | KEISHA JONES | |
| 2 | address. | 10:23:51 |
| 3 | Q.   When did you live at 915 East 178th | 10:23:51 |
| 4 | Street? | 10:23:55 |
| 5 | A.   I lived there through high school, | 10:23:55 |
| 6 | college, all the way up until 2000 -- no, not | 10:23:59 |
| 7 | 2000.  Up until 1997. | 10:24:04 |
| 8 | Q.   You moved out in 1997? | 10:24:09 |
| 9 | A.   Correct. | 10:24:13 |
| 10 | Q.   Have you lived there at 915 East | 10:24:13 |
| 11 | 178th Street at any point since 1997? | 10:24:17 |
| 12 | A.   No. | 10:24:19 |
| 13 | Q.   Up until June, 2010 your license | 10:24:25 |
| 14 | always reflected that your physical address was | 10:24:30 |
| 15 | 915 East 178th Street? | 10:24:34 |
| 16 | A.   Right, correct. | 10:24:36 |
| 17 | Q.   Did you use that address for other | 10:24:37 |
| 18 | purposes? | 10:24:45 |
| 19 | A.   What address? | 10:24:46 |
| 20 | Q.   915 East 178th Street. | 10:24:47 |
| 21 | A.   I don't understand the question. | 10:24:52 |
| 22 | Q.   Did you use the address 915 East | 10:24:54 |
| 23 | 178th Street for any purposes at all? | 10:25:05 |
| 24 | A.   After I moved? | 10:25:09 |
| 25 | Q.   After 1997. | 10:25:11 |

KEISHA JONES

| | | |
|---|---|---|
| A. | No. | 10:25:12 |
| Q. | Did you receive any mail at 915 East 178th Street? | 10:25:18 / 10:25:23 |
| A. | If it was from the Department of Motor Vehicles, yes. | 10:25:23 / 10:25:25 |
| Q. | Why is that?  Because that is the license that was on my address.  That is the address that they had on file? | 10:25:26 / 10:25:28 / 10:25:31 |
| A. | Correct, if something came from DMV it could have gone to that address. | 10:25:32 / 10:25:34 |
| Q. | Did you use that address for any other purposes? | 10:25:36 / 10:25:38 |
| A. | When? | 10:25:38 |
| Q. | After 1997? | 10:25:39 |
| A. | No. | 10:25:39 |
| Q. | Do you have a copy of your birth certificate? | 10:25:45 / 10:25:47 |
| A. | I don't know where it is, I believe it is somewhere.  I'm still looking for it. | 10:25:47 / 10:25:49 |
| Q. | Where have you searched? | 10:25:51 |
| A. | I searched all of my files and bags and books. | 10:25:53 / 10:25:56 |
| Q. | When is the last time that you seen it? | 10:25:58 / 10:26:00 |

KEISHA JONES

A. I don't recall. 10:26:00

Q. Have you seen it in the last five years? 10:26:04 / 10:26:07

A. Yes. 10:26:07

Q. Have you seen it in the last year? 10:26:08

A. No, I haven't seen it in the last year. 10:26:09 / 10:26:12

Q. Is there a place where you keep your files stored? 10:26:12 / 10:26:14

A. They are in various places because I have been displaced. So I have bags and boxes and just strewn about. 10:26:17 / 10:26:20 / 10:26:24

Q. What do you mean when you say strewn about? 10:26:29 / 10:26:32

A. Some are with me and some are at someone's house, some are in someone's basement because I have been displaced since -- for the last couple of years, so things have not -- just are not organized for that reason. Not as organized. 10:26:32 / 10:26:35 / 10:26:39 / 10:26:42 / 10:26:45 / 10:26:48

Q. Have you searched all documents that you had in your possession? 10:26:48 / 10:26:51

A. I have. 10:26:54

Q. Have you searched all the documents 10:26:56

KEISHA JONES

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | that you had in other people's basements that were | 10:26:58 |
| 3 | | yours? | 10:27:01 |
| 4 | A. | I have. | 10:27:01 |
| 5 | Q. | Is there anywhere else other than | 10:27:02 |
| 6 | | in your house or someone else's basement where you | 10:27:10 |
| 7 | | have records stored? | 10:27:14 |
| 8 | A. | I have looked -- I looked everywhere | 10:27:15 |
| 9 | | where I have my personal belongings and I cannot | 10:27:18 |
| 10 | | locate it, but I just have to keep looking because | 10:27:22 |
| 11 | | that is not a document that I carry in my bag. | 10:27:25 |
| 12 | | So, it could be stuck between pieces of paper and | 10:27:28 |
| 13 | | I overlooked it . It could be inside of a book | 10:27:30 |
| 14 | | and I overlooked it. | 10:27:33 |
| 15 | Q. | Do you think it is lost? | 10:27:33 |
| 16 | A. | No, I do not. | 10:27:37 |
| 17 | Q. | Do you have a social security card? | 10:27:38 |
| 18 | A. | I do. | 10:27:48 |
| 19 | Q. | Where is that? | 10:27:50 |
| 20 | A. | I don't know where it is at the | 10:27:52 |
| 21 | | moment. | 10:27:55 |
| 22 | Q. | Have you searched for it? | 10:27:56 |
| 23 | A. | Yes. | 10:27:58 |
| 24 | Q. | Where have you searched? | 10:28:00 |
| 25 | A. | All of my documents and bags and | 10:28:02 |

KEISHA JONES

| | | |
|---|---|---|
| clothes and I can't seem to locate it at the | | 10:28:05 |
| moment. | | 10:28:09 |
| Q. | When is the last time that you saw | 10:28:09 |
| it? | | 10:28:10 |
| A. | I honestly don't know.  That is not | 10:28:10 |
| a document that I carry. | | 10:28:13 |
| Q. | Have you seen it in the last five | 10:28:15 |
| years? | | 10:28:18 |
| A. | I have seen it in the last five | 10:28:18 |
| years. | | 10:28:23 |
| Q. | Is that a document you keep track | 10:28:23 |
| of? | | 10:28:25 |
| A. | When you say keep track of, what do | 10:28:27 |
| you mean? | | 10:28:29 |
| Q. | Is that a document that you retain | 10:28:30 |
| in a safe place? | | 10:28:34 |
| A. | It's a document that I do retain. | 10:28:35 |
| A safe place would be my own house.  Since I'm not | | 10:28:39 |
| in my own house it is not in a safe place.  That | | 10:28:43 |
| is why I can't find it.  If I were in my own house | | 10:28:45 |
| I would have it handy. | | 10:28:48 |
| Q. | Do you think it is important to | 10:28:51 |
| keep the social security card in a safe place? | | 10:28:52 |
| A. | It is important. | 10:28:55 |

KEISHA JONES

1
2  Q. Why haven't you -- as a victim of  10:28:56
3  alleged identity theft, did you need to locate the  10:29:05
4  social security card?  10:29:13
5          MR. MALLON: Objection, form.  10:29:14
6  A. I'm sorry?  10:29:15
7  Q. Has anyone asked for a copy of your  10:29:16
8  social security card prior to this litigation?  10:29:18
9  A. No.  10:29:20
10 Q. Did you look for the card in the  10:29:21
11 context of your alleged identity theft?  10:29:22
12         MR. MALLON: Objection, asked and  10:29:27
13    answered.  10:29:28
14 A. Can you repeat that again?  10:29:29
15 Q. Did you look for the social  10:29:31
16 security card in the context of your alleged  10:29:36
17 identity theft?  10:29:39
18         MR. MALLON: Same objection.  10:29:39
19 A. What do you mean in the context of  10:29:40
20 my alleged identity theft?  10:29:42
21 Q. You claim that your identity was  10:29:45
22 stolen in the past.  10:29:52
23 A. My identity was stolen, correct.  10:29:52
24 Q. And you investigated that theft; is  10:29:55
25 that right?  10:29:55

KEISHA JONES - 1/10/2013

Page 40

|   |   |   |
|---|---|---|
| 1 | KEISHA JONES | |
| 2 | A. That's correct. | 10:30:02 |
| 3 | Q. During that investigation did you | 10:30:02 |
| 4 | locate your social security card? | 10:30:08 |
| 5 | A. I didn't have a need for the | 10:30:09 |
| 6 | physical card. So it wasn't something that I had | 10:30:12 |
| 7 | to look for or give to anyone. | 10:30:14 |
| 8 | Q. Did you verify where it was located | 10:30:18 |
| 9 | during your investigation? | 10:30:24 |
| 10 | A. When I was at home, yes, I knew | 10:30:25 |
| 11 | where it was. Since I'm not at home, it is just -- I don't | 10:30:31 |
| 12 | know where it is. I know it is not lost in the | 10:30:36 |
| 13 | street, that I know. | 10:30:38 |
| 14 | Q. You lost track of it? | 10:30:40 |
| 15 | A. It's amongst my possessions | 10:30:41 |
| 16 | somewhere. I have to keep looking for it. | 10:30:44 |
| 17 | Q. Do you have a passport? | 10:30:51 |
| 18 | A. I do. | 10:30:52 |
| 19 | Q. Where is that located? | 10:30:52 |
| 20 | A. I cannot locate that at the moment | 10:30:54 |
| 21 | either. | 10:30:56 |
| 22 | Q. When is the last time that you saw | 10:30:56 |
| 23 | that? | 10:30:57 |
| 24 | A. Probably early 2000s, the last time | 10:30:58 |
| 25 | that I travelled overseas. | 10:31:03 |

KEISHA JONES

| | | | |
|---|---|---|---|
| Q. | And you have since lost track of it? | | 10:31:07 10:31:09 |
| A. | I'm not sure where it is, correct. | | 10:31:09 |
| Q. | Have you looked for it? | | 10:31:12 |
| A. | Yes, I have. | | 10:31:15 |
| Q. | When? | | 10:31:16 |
| A. | I have been looking for it for the last couple of months. | | 10:31:17 10:31:20 |
| Q. | Have you searched all of your belongings? | | 10:31:24 10:31:26 |
| A. | Correct. | | 10:31:27 |
| Q. | Do you have any idea where it could be? | | 10:31:27 10:31:29 |
| A. | Amongst my belongings somewhere and I anticipate that when I do finally get settled again I will find all of my documents. None of my documents are lost in the street. | | 10:31:29 10:31:33 10:31:37 10:31:42 |
| Q. | So it is somewhere in your possession? | | 10:31:43 |
| A. | Somewhere. | | 10:31:45 |
| Q. | Did you ever report a missing social security card? | | 10:31:53 10:31:55 |
| A. | No. | | 10:31:57 |
| Q. | Did you ever report a missing passport? | | 10:31:58 10:32:00 |

KEISHA JONES

A. Because as I was making my transition and preparing to rent my apartment, I had a problem with the flooring company, then I discovered the identity theft, and it wasn't just my identity theft, it was in the news and well documented in 2005 that there was a massive bank data theft of employees stealing people's information. So it was quite a bit to do here at home.

So I couldn't just get up and go knowing that I had this fraud issue to deal with. And it was prior to New York enacting the Security Freeze Law.

Q. Why couldn't you handle the issue from North Carolina?

A. It didn't make sense to do that.

Q. Why?

A. I needed to be here because I didn't know what was happening. I never had any problems with my credit. I never had any fraud or dealing with the police. I never had any issue. I didn't know what was happening or what was going on. I never had money stolen out of a bank account. None of those things happened to me.

KEISHA JONES - 1/10/2013

Page 186

KEISHA JONES

Q. Did you make copies of that original report?    14:44:53

A. Yes.    14:44:54

Q. How many copies?    14:44:55

A. I don't recall how many copies, but at least three.    14:44:55 / 14:44:56

Q. Did you send the report anywhere?    14:44:58

A. I did. I believe I did.    14:44:58

Q. Where did you send the report?    14:45:01

A. In 2006 when I got my credit reports I believe I sent that along with a letter and whatever else I need to send after New York State enacted the Security Freeze Law in November of 2006.    14:45:06 / 14:45:08 / 14:45:12 / 14:45:17 / 14:45:21

Q. Where did you send the report?    14:45:23

A. To Equifax, Experian and Trans Union.    14:45:24 / 14:45:28

Q. Do you have any report of ever having sent a police report to Experian?    14:45:32 / 14:45:32

A. I didn't keep a copy. I can't find the copies of the actual letter and attachments that went with it.    14:45:34 / 14:45:37 / 14:45:39

Q. Do you have any evidence indicating that you sent the police report to Experian?    14:45:41 / 14:45:44 / 14:45:51