UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA JONES,<br><br>                Plaintiff,<br><br>      -against-<br><br>EQUIFAX, INC., et al.<br><br>                Defendant. | Civil Action No.  11-9136<br>(CM) (KNF) |

**REPLY DECLARATION OF JOSEPH A. STRAZZERI IN FURTHER SUPPORT
OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

      JOSEPH A. STRAZZERI declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Keisha Jones, dated January 10, 2013.

      2.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Second Supplemental Response to Experian's First Request for Admissions, dated January 9, 2013.

Executed on:  June 19, 2013

                                                                                    /s/   Joseph A. Strazzeri
                                                                                    Joseph A. Strazzeri (JP8414)