# Reply Strazzeri Declaration Exhibit 1

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KEISHA JONES,

        Plaintiff,
          Civil Action No.
   -against-     11CV9136(CM)(KNF)

EQUIFAX, INC., EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION, LLC,
BILATERAL CREDIT CORP., LLC,
HAHNEMANN UNIVERSITY HOSPITAL,
CENTRAL FINANCIAL CONTROL,
COMCAST CABLE,

        Defendants.
------------------------------------x

        January 10, 2013
        9:55 a.m.


  Videotaped Deposition of KEISHA JONES, taken by Defendants, pursuant to Notice, at the offices of Jones Day, 222 East 41st Street, New York, New York, before William Visconti, a Shorthand Reporter and Notary Public within and for the State of New York.

KEISHA JONES - 1/10/2013

Page 2

```
 1
 2   A P P E A R A N C E S:
         FISHMAN & MALLON, LLP
 3       Attorneys for Plaintiff
             305 Broadway
 4           New York, NY 10007

 5       BY:   KEVIN MALLON, ESQ.
               kmallon@lawsuites.net
 6

 7       JONES DAY
         Attorneys for Experian
 8           222 East 41st Street
             New York, NY 10017-6702
 9
         BY:   JOSEPH A. STRAZZERI, ESQ.
10             jastrazzeri@jonesday.com

11
         MORAN KARAMOUZIS LLP
12       Attorneys for Comcast
             One Penn Plaza, 36th Floor
13           New York, NY 10119

14       BY:   ANDREW P. KARAMOUZIS. ESQ.
               akaramouzis@mka-law.com
15

16

17
    ALSO PRESENT:
18
         JONATHAN POPHAM, Videographer
19

20

21

22

23

24

25
```

Page 358

```
                 1            KEISHA JONES
18:21:46   2     you identify?
18:21:47   3             A.    Credit accounts -- between -- prior
18:21:52   4     to the Security Freeze Law going into effect which
18:21:56   5     is November, 2006, I was disputing -- I disputed
18:22:01   6     at least I recall one credit account.  A credit
18:22:05   7     account was opened.  I discovered that a bank
18:22:10   8     account was opened at Commerce Bank in
18:22:15   9     Pennsylvania.  Addresses have been ongoing.
18:22:22  10     Philadelphia Gas Works.
18:22:26  11             Q.    I'm looking specifically at
18:22:29  12     paragraph ten of your complaint.
18:22:32  13                   MR. MALLON:   The first amended
18:22:33  14          complaint?
18:22:33  15                   MR. KARAMOUZIS:  Amended complaint,
18:22:35  16          right, Exhibit 18.
18:22:36  17             Q.    Paragraph ten reads, "After
18:22:39  18     experiencing identity theft at every level,
18:22:42  19     medical, employment, criminal, (with some
18:22:49  20     examples) and financial."  Do you see that?
18:22:50  21             A.    Yes.
18:22:53  22             Q.    And you list the Pennsylvania DMV,
18:22:56  23     tax fraud via H&R Block, bank fraud via
18:23:03  24     Pennsylvania based Commerce Bank presently TD
18:23:07  25     Bank.  Do you see all of those examples?
```

Page 359

```
             1                      KEISHA JONES
18:23:09     2           A.      Yes.
18:23:11     3           Q.      Are there any other instances of
18:23:15     4   identity theft that are not listed here in your
18:23:17     5   complaint?
18:23:17     6           A.      That pretty much falls under those
18:23:22     7   categories, fraudulent medical bills, fraudulent
18:23:25     8   wage, I put criminal, I consider getting
18:23:28     9   credentials from DMV to be criminal, maybe it is
18:23:32    10   not criminal.  Tax fraud I do believe that is
18:23:35    11   criminal. Bank fraud.  The utilities, phones,
18:23:39    12   addresses, aliases.
18:23:44    13           Q.      Almost anything that you could
18:23:46    14   think of.  The only Defendants in this lawsuit
18:23:54    15   were the three credit reporting agencies, my
18:23:56    16   client and Hahnemann and Central Financial, right?
18:23:59    17                   MR. MALLON:   Objection, the complaint
18:24:01    18           speaks for itself.  You can answer.
18:24:03    19           A.      Correct.
18:24:03    20           Q.      I will rephrase.  Did you ever
18:24:07    21   consider suing anyone else besides the Defendants
18:24:09    22   that you name in this lawsuit?
18:24:09    23           A.      There was a consideration to sue
18:24:12    24   others.
18:24:12    25           Q.      Who were the others that you
```